**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00801-LTB-MEH

KEENA SMITH, a minor by and through her mother and next friend, Ramona Smith; and RAMONA SMITH,

       Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

       Plaintiffs' Unopposed Motion to Amend Complaint (Doc 15 - filed June 14, 2006) is **GRANTED**.  The tendered First Amended Complaint is accepted for filing.

Dated:  June 15, 2006
_____