**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-00801-LTB-MEH

KEENA SMITH, a minor by and through her mother and next friend, RAMONA SMITH, and RAMONA SMITH, individually,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 22 - filed November 14, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            Lewis T. Babcock, Chief Judge

DATED:   November 15, 2006